United States District Court
Southern District of New York

---

MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK, on behalf of itself
and its constituent, LABORERS' LOCAL           10 Civ. 3399 (JGK)
78 OF THE LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA,                        ORDER

                    Plaintiffs,

   - against -

G & C CONSRUCTION SAFE, INC., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated February 8, 2011, following an inquest and recommending that judgment be entered as explained therein. The time for objections has passed and no objections have been filed. The Court finds that the Report and Recommendation is well founded and the Court adopts it.

    Therefore, the plaintiff is directed to submit a proposed judgment by **March 7, 2011**. The defendants may submit any counter-judgment by **March 9, 2011**.

SO ORDERED.

Dated:    New York, New York
           March | , 2011

                                      John G. Koeltl
                                   United States District Judge